NO









NO. 12-10-00326-CV

 

                         IN
THE COURT OF APPEALS

 

            TWELFTH
COURT OF APPEALS DISTRICT

 

                                      TYLER, TEXAS

 

                                                                             '     APPEAL
FROM THE 

IN THE MATTER OF K.S., 

A
JUVENILE                                                     '     COUNTY
COURT AT LAW OF

 

                                                                             '     HOUSTON
COUNTY, TEXAS

 

 





MEMORANDUM
OPINION

PER
CURIAM

            Appellant
has filed a motion to dismiss this appeal.  The motion is signed by Appellant
and his counsel.  Because Appellant has met the requirements of Texas Rule of
Appellate Procedure 42.1(a)(1), the motion is granted, and the appeal is
dismissed.  

Opinion delivered November 30, 2010.

Panel consisted of
Worthen, C.J., Griffith, J., and Hoyle, J.

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 (PUBLISH)